**FILED**
May 11, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 11, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 15-15329-DD
Case Style: Elina Zaychick v. Bank of America, N.A.
District Court Docket No: 9:15-cv-80336-RLR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, DD/lt
Phone #: (404) 335-6173

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-15329-DD

ELINA ZAYCHICK,

    Plaintiff - Appellant,

versus

BANK OF AMERICA, N.A.,

    Defendant - Appellee.

Appeal from the United States District Court
for the Southern District of Florida

Before: HULL and JULIE CARNES, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own attorney's fees and costs except as otherwise agreed upon in the settlement agreement, is GRANTED.